ROVNER, Circuit Judge,
concurring.
I join the majority’s opinion, vacating and remanding Skylar Henshaw’s sentence for resentencing. I write separately simply to reiterate that the district court here very carefully and thoroughly considered the nature and circumstances of the offense and Henshaw’s history and characteristics in selecting a sentence of probation. As the majority notes, however, that careful consideration was not offset by a thorough enough explanation as to why the sentence of probation adequately reflects the seriousness of the offense, provides just punishment, and affords adequate deterrence. See, e.g., Gall v. United States, 552 U.S. 38, 50, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007) (“[A] major departure should be supported by a more significant justification than a minor one.”). I do not read the majority’s opinion as foreclosing entirely the possibility that a sentence of probation could be reasonable if the court more thoroughly explained how such a sentence might still specifically deter Henshaw from future crime in light of the specifics of this offense. With that understanding, I join the majority’s opinion.